UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF5 ASSET-BACKED CERTIFICATES, SERIES 2005-FF5 <br>     Plaintiff, <br><br> v. <br><br> KATHLEEN J. SCHULZE, *et al*., <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No: 11 C 762 <br><br> Judge: Robert W. Gettleman <br><br> Magistrate Judge: Sheila M. Finnegan |

**NOTICE OF MOTION**

**T**o:  Erin Smith, Attorney, Potestivo Associates, 223 W. Jackson Blvd, Suite 610, Chicago, IL 60606 esmith@potestivolaw.com

    On Wednesday, December 23, 2015 at 9:15am we will appear before Hon. Judge Robert W. Gettleman in Courtroom 1703 at the Everett M. Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604 and present the following Motion:

**DEFENDANTS KATHLEEN J. SCHULZE AND MICHAEL W. SCHULZE'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT**

**CERTIFICATE OF SERVICE**

    I, Michael J. Greco, an attorney, certify that I served this **DEFENDANTS KATHLEEN J. SCHULZE AND MICHAEL W. SCHULZE'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT** upon Erin Smith, Attorney, Potestivo Associates, 223 W. Jackson Blvd, Suite 610, Chicago, IL 60606 esmith@potestivolaw.com  via the Court's electronic case filing system, on December 15, 2015 before 11:59pm.

Atty. No. 06201254                         By:__/S/_ Michael J. Greco _____
Michael J. Greco. Attorney at Law               Michael J. Greco
175 W. Jackson Blvd., Suite 240
Chicago, Illinois 60604
(312) 222-0599

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR FIRST FRANKLIN MORTGAGE LOAN TRUST 2005-FF5 ASSET-BACKED CERTIFICATES, SERIES 2005-FF5<br>    Plaintiff,<br><br>v.<br><br>KATHLEEN J. SCHULZE, *et al.*,<br>    Defendants. | Case No: 11 C 762<br><br>Judge: Robert W. Gettleman<br><br>Magistrate Judge: Sheila M. Finnegan |

## DEFENDANTS KATHLEEN J. SCHULZE AND MICHAEL W. SCHULZE'S MOTION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGEMENT

Defendants, ("Schulze Defendants") move this Court to enter an Order granting them an extension of time of fourteen days, until December 29, 2015, within which to file their Reply in support of Motion Summary Judgment. To support this Motion, Defendants state as follows:

1. Defendants' Reply in support of Defendant's Motion for Summary Judgment is due December 15, 2015.

2. Defendants' counsel has been unable to complete the Reply in support of Motion for Summary Judgment within this time period because he has been engaged in preparation for hearings in *People v. Salvador Gutierrez*, 14CR1980-02 in the Circuit Court of Cook County, Illinois, Criminal Division (set 1/4/2016), and in *People v. Erik Estrada* (continued from 12/9/2015 to 3/4/2016).

3. Defendants' counsel will be able to complete and serve the Reply in support of Motion for Summary Judgment if an extension of fourteen days, until December 29, 2015, to do so is

granted. Defendants have not previously requested an extension regarding filing or briefing of the Motion for Summary Judgment.

Wherefore, Defendants Kathleen J. Schulze and Michael W. Schulze respectfully requests that this Court enter an Order granting them an extension of time, until December 29, 2015, within which to file their Reply in support of Defendant's Motion Summary Judgment.

Respectfully submitted,

Kathleen J. Schulze and Michael W. Schulze,

By: _/S/__ Michael J. Greco _____
    Gregg Rzepczynski, Michael J. Greco
    Attorney for Defendants Kathleen J. Schulze
    and Michael W. Schulze

Gregg Rzepczynski
The Rzepczynski Law Group
Michael J. Greco
Attorneys for Defendant Kathleen J.
Schulze and Michael W. Schulze
175 W. Jackson Blvd. Ste. 240
Chicago, Illinois 60604
TEL: (312) 939-8028
Atty. No. 6200348
Atty. No. 6201254
Email: AttyGMR@gmail.com